# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 10/10/2022)

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

FILED
09/01/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

SPENCER TURNER
*(Full name of plaintiff(s))*

v.

SEE ATTACHED
*(Full name of defendant(s))*
LIST OF DEFENDANTS

Cause No. 1:23-cv-1581-JRS-TAB
*(to be supplied by clerk of court)*

A. PARTIES

1. Plaintiff is a citizen of __INDIANA__, and is located at
   *(State)*
   __NCCF P.O. BOX A  NEW CASTLE, IN 47362__
   *(Address of prison or jail)*

   *(If more than one plaintiff is filing, list address on another piece of paper)*

2. Defendant __SEE ATTACHED__
   *(Bane)*

   Is (if a person or private corporation) a citizen of __INDIANA__
   *(State, if known)*

1

ATTACHMENT

The named Defendant's acting under the Color of State Law conspired to Deprive the Plaintiff of his Constitutional Right to Due Process, and are now being sued in a 42 U.S.C 1983 Civil Suit for Monetary Relief in their Personal Capacity.

The Named Defendant's are State Officials also being sued under 42 U.S.C 1983 in their Official Capacities for Injunctive Relief from the Deprivation of the Plaintiffs Protected State and Federal Constitutional Right to Due Process, while acting under the Color of State Law.

2

ATTACHMENT

Christina Regal - D.O.C Commissioner
Mark Sevier - Superintendent (NCCF)(IDOC)
J. French - AFA (NCCF)
G. Cecil - Classification Supervisor (NCCF)
Jennifer Lee Farmer - Director of Sentence Computation (IDOC)
K. Staton - Release Specialist Classification Division (IDOC)
Kit C. Dean Crane - Judge Henry County Circuit Court 2
Peggy Hart - Judge Marion County Court
Ryan Wilson Mears - Prosecutor Marion County Court
Indiana Parole Board
Indiana Department of Corrections
GEO Corporation
State of Indiana
Vanessa Moore - Parole Agent

3

and (if a person) resides at  Unknown
                              (Address, if known)

and (if the defendant harmed you while performing defendant's job) worked for

State of Indiana, Marion County, IDOC, IPB, DPS, Geo Corporation
(Employer's name and address if known)

(If you need to list more defendants, use another page)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know

The Named Defendants Acting as Government Officials Under the Color of State Law In Their Individual Capacity And Official Capacity Conspired, Aided, or Assissted In Denying Mr. Turner of His Federal And State Protected Constitutional Right To Due Process of Law By Not Allowing Him To Defend Himself Against Falsified Parole Violation Allegations Before Requiring Him To Serve The Balance of His Sentence, As All Parolee's Are Entitled To A 2-Step Parole Revocation Hearing Before Revocation (U.S.C.S Const. Amend 14 Part 1 of 15), Also Subjecting Mr. Turner To Cruel And Unusual Punishment

4

(U.S.C.S Const. Amend 8 part 1 of 14) and multiple punishments for the same conviction (U.S.C.S Const. Amend 5 part 1 of 13). Mr. Turner has also been denied due process of law to any new criminal charges filed against him after he was taken into custody on a parole violation warrant under Ind. Criminal Rule 4(B)(1) as he was not provided with an Initial Hearing within 365 days of the filing of the warrant for new criminal charges even though he was already in the custody of the State of Indiana, the Indiana Parole Board, and the Indiana Department of Corrections. Mr. Turner has been held past his maximum fixed term of imprisonment and past his mandatory parole discharge date in direct violation of his federal constitutional right to due process implemented by the signed waiver of preliminary hearing dated 3/19/21, for which is the date of origin for all issues presented until present showing a continuous constitutional violation on Mr. Turner.

ALL OF THESE INCIDENTS OCCURRED AFTER MR. TURNER SPOKE WITH DETECTIVE HENSON ABOUT AN INCIDENT THAT OCCURRED ON FEB. 14, 2021, IN WHICH MR. TURNER TOLD DETECTIVE HENSON THAT HE WAS SEXUALLY ASSAULTED BY AN UNKNOWN WHITE FEMALE WHOM WAS EVADING POLICE CUSTODY UNKNOWN TO MR. TURNER IN THE LATE NIGHT HOURS OF FEB. 14, 2021 WHILE MR. TURNER WAS AT HIS BROTHER'S RESIDENCE ATTACHING A PLOW TO THE FRONT OF HIS WORK TRUCK. MR. TURNER TOLD THE DETECTIVE HE HAD TO FORCIBLY REMOVE THE FEMALE FROM PRIVATE PROPERTY WHICH WAS IN HIS POSSESSION BY PERMISSION OF THE OWNER AFTER HE REFUSED TO GIVE THE FEMALE A RIDE AND WAS SEXUALLY ASSAULTED AGAINST HIS WILL AND CONSENT IN A REASONABLE BELIEF THAT HE WAS IN DANGER. MR. TURNER SPOKE WITH DETECTIVE HENSON ON MARCH 17, 2021, DETECTIVE HENSON THEN CONTACTED MR. TURNER'S PAROLE AGENT ON MARCH 18, 2021. ON MARCH 19, 2021 MR. TURNER WAS TAKEN INTO CUSTODY FOR FALSE

Parole violation allegations, plead not guilty to all allegations against him, waived his right to a preliminary hearing and has since been in custody and denied his state and federally protected right to due process under U.S.C.S Const. Amend 14 part 1 of 15 sec. 1, Ind. Const. Art 1 section 12, and Ind. Crim. Rule 4(B)(1), to any parole violation allegations or new criminal charges. He has been required to serve the remainder of his paroled sentence without recieving a parole revocation hearing and he was not brought to trial within 365 days of being charged with new criminal charges. He was not given an initial hearing until 611 days after the charges had been filed and when he told Judge Peggy Hart he had been denied due process in all forms for 631 days she stated he had no right to due process until after he completed his paroling sentence in 2025. All IDOC and GEO employees have told Mr. Turner he isn't

7

entitled to due process for his parole allegation until there has been a final resolution in the new criminal charges for which he was never brought to trial on. All IDOC employee's have stated that Mr. Turner isn't to be released until 2025 because of a 2021 parole violation showing all entities have aided, abetted, or conspired to keep Mr. Turner in custody in denial of his due process right because he accused an unknown white female who was later found to be an underage runaway evading police custody of sexully assaulting him. He now request relief from the malicious charges in which he was not tried on within a reasonable time, the defamation of his character, false parole allegations, and deprivation of his life, liberty, and property without due course of law as protected by Mr. Turner's U.S Constitutional right, including monetary relief for the unequitable harm caused on him.

8

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331

OR

[ ] I AM SUING UDNER STATE LAW. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or any order telling defendants to do something or stop doing something.

Mr. Turner is seeking relief in the form of immediate release and discharge from the state of Indiana and all entities involved regarding his parolling sentence, parole, and parole allegations. Also the dismissal with prejudice of any criminal charges filed against Mr. Turner on or after 3/19/21. He is also seeking monetary relief for the unequitable harm brought on Mr. Turner, including but not limited to reimbursement for attorney's fee's, lost wages, pain and suffering, just compensation for exceeding his fixed term of 20 years, exceeding his parole discharge date, and defamation of his character in the amount of $480,000,000.00 or $40,000,000.00 per defendant and governing entity.

9

E. JURY DEMAND

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this  22  day of  AUGUST , 20 23

Respectfully Submitted,

_____
Signature of Plaintiff

132975
Plaintiff's Prison ID Number

NEW CASTLE CORRECTIONAL FACILITY
Plaintiff's Mailing Address

P.O. BOX A   NEW CASTLE, IN 47362

*(If more than one Plaintiff, use an additional piece of paper)*

F. CERTIFICATION *(Optional)*

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

10

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEE

☐ I DO request that I be allowed to file this complaint without paying the filing fee. I Have completed a request to proceed in the district court without prepaying the fee and attached it to this complaint.

☑ I DO NOT request that I be allowed to file this complaint without prepaying the filing Fee under 28 U.S.C. § 1915 and I have included the full filing fee with this complaint.