UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SPENCER TURNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01581-JRS-TAB |
| CHRISTINA REGAL, et al., | ) ) ) |
| Defendants. | ) |

**ORDER DISMISSING ACTION AND DIRECTING ENTRY OF FINAL JUDGMENT**

The Court's Screening Order at Docket No. 9 dismissed the operative complaint pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted. Plaintiff Spencer Turner was ordered to show cause why final judgment should not be entered consistent with that Order. Mr. Turner has filed a response to the Court's Order. *See* dkt. 20. However, Mr. Turner's response fails to cure the deficiencies identified in the Court's order.

Specifically, Mr. Turner persists in attempting to challenge his sentence calculation through this 42 U.S.C. § 1983 action. *See* dkt. 20 at 1-8 (challenging the validity of his imprisonment); dkt. 21-1 (state-court filings and exhibits pertaining to Mr. Turner's sentencing calculation); *see also* dkt. 9 at 3 (explaining that the Court cannot convert improperly filed § 1983 cases into habeas petitions and directing the clerk to include a form habeas petition). For the reasons stated in the Court's Screening Order at Docket No. 9, Mr. Turner's allegations cannot be brought in a § 1983 action. Therefore, this action is **dismissed for failure to state a claim upon which relief can be granted**. 28 U.S.C. § 1915A. Final judgment consistent with this Order will now issue.

**IT IS SO ORDERED.**

Date: 5/15/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

SPENCER TURNER
132975
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362