UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SPENCER TURNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01581-JRS-TAB ) |
| CHRISTINA REGAL, et al., | ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters **FINAL JUDGMENT**. The action is dismissed for failure to state a claim upon which relief may be granted.

Date: 5/15/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

SPENCER TURNER
132975
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362